IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

FRANK SHELDONE,   2:12-cv-00494-AC

    Petitioner,   **ORDER DISMISSING HABEAS CORPUS PETITION**

v.

STEVE FRANKE,

    **Respondent.**

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 5th day of February, 2013.

    The Honorable John V. Acosta
    United States Magistrate Judge

Submitted by:

/s/ Tonia L. Moro
Tonia L. Moro
Attorney for Petitioner (by consent)

ORDER DISMISSING HABEAS CORPUS PETITION